# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00630-CR

**Dylan Shane Caad, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. CR2012-502, HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Dylan Shane Caad, who has not been finally sentenced, filed a notice of appeal attempting to challenge the district court's August 20, 2013 order denying his pretrial motion to suppress evidence.

We do not have jurisdiction to review interlocutory orders in a criminal appeal unless that jurisdiction has been expressly granted by law. *Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014); *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991). There is no such grant for a defendant's direct appeal of an interlocutory order denying a motion to suppress evidence. *See Dahlem v. State*, 322 S.W.3d 685, 690-91 (Tex. App.—Fort Worth 2010, pet. ref'd); *see Jenkins v. State*, No. 03-13-00632-CR, 2013 Tex. App. LEXIS 13288, at *2-3 (Tex. App.—Austin Oct. 25, 2013, no pet.).

Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed: July 10, 2014

Do Not Publish